1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **SOUTHERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,     Case No. 19-CR-00764-GPC

11                 Plaintiff,

12      v.                        **ORDER AND JUDGMENT DISMISSING**

13  DAVID RIVERA,

14                 Defendant.

15

16      On motion of the United States, with no objection by Defendant, and with good cause

17  shown, the Indictment in this case is hereby dismissed without prejudice.

18  Dated: April 15, 2019

19                              Hon. Gonzalo P. Curiel
                                United States District Judge
20

21

22

23

24

25

26

27

28